[No. 7,668.—Department One.]
June 15, 1881.

## SAMUEL NEWMAN *v.* THE SUPERIOR COURT OF SAN FRANCISCO.

CERTIORARI—APPEAL.—When an appeal may be taken a party is not entitled to a writ of *certiorari.*

APPLICATION for writ of *certiorari* to the Superior Court of the City and County of San Francisco.

*E. B. Drake,* for Plaintiff.

*C. E. Royce,* for Defendant.

The COURT:

The order of the Superior Court of San Francisco, which the petitioner asks to have reviewed upon a writ of *certiorari,* is a special order, made after final judgment, in the case of *Mohle* v. *Tschirtch,* from which an appeal is allowed by Subd. 3, Section 939, C. C. P. When an appeal may be taken, a party is not entitled to a writ of *certiorari.*

Application for writ denied.